1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  JANET BATEMAN, Bar #241210
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHAEL LAWRENCE MILLER

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 6:13-mj-0049 MJS
                                     )
12              *Plaintiff*,         )   STIPULATION TO CONTINUE CHANGE OF
                                     )   PLEA HEARING;ORDER
13       v.                          )
                                     )
14  MICHAEL LAWRENCE MILLER,         )   Date:   September 24, 2013
                                     )   Time:   10:00 a.m.
15              *Defendant*.         )   Judge: Honorable Michael J. Seng
                                     )
16  _____  )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the change of plea hearing in the above-captioned matter now set for September 9, 2013 **may**

20  **be continued to September 24, 2013 at 10:00 a.m. before the Honorable Michael J. Seng.**

21       This continuance is at the request of defense counsel because Mr. Miller's way into the park from

22  Neveda is via the Tioga Road, which is presently closed due to the ongoing fire.  As a result, the

23  government has agreed to move his hearing to Tuesday, September 24, 2013. The requested continuance is

24  with the intention of conserving time and resources for both parties and the court.

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded as necessary for

2 effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A).  For this reason, the ends of justice

3 served by the granting of the requested continuance outweigh the interests of the public and the defendant

4 in a speedy trial.

5                                                                  Respectfully submitted,

6                                                                  BENJAMIN B. WAGNER
                                                                   United States Attorney
7

8  DATED: September 9, 2013                          By:    /s/ Yosemite Legal Officer
                                                            YOSEMITE LEGAL OFFICER
9                                                           Attorney for Plaintiff

10
                                                            HEATHER E. WILLIAMS
11                                                          Federal Defender

12
   DATED: September 9, 2013                          By:    /s/ Janet Bateman
13                                                          JANET BATEMAN
                                                            Assistant Federal Defender
14                                                          Attorney for Defendant
                                                            MICHAEL LAWRENCE MILLER
15

16

17

18                                    O R D E R

19    Good cause appearing, the parties Stipulation is accepted and the time is ordered
20  excluded.

21

22

23  IT IS SO ORDERED.

24  Dated:     September 9, 2013                /s/ Michael J. Seng
                                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28

Miller: Stipulation and Proposed Order                    −2−