# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.  
V.  
Michael Lawrence Miller

CITATION/CASE NO. 6:13-mj-049-MJS

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____  
DATE OF BIRTH: _____  
DRIVER'S LICENSE #: _____  
ADDRESS: _____  
_____  
City        State        Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____     _____  
                          Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) Penalty **ASSESSMENT** of $ 10.00         ( ) **RESTITUTION** of $ _____  
( ) **PROCESSING** Fee of $ _____   (✓) **FINE** of $ 1190.00

for a **TOTAL AMOUNT** of $ 1200.00 ,

paid within _____ **OR** payments of $ 110.00 per month, commencing _____ and due on the _____ of each month until **PAID IN FULL** - note late payments **could be subject to late/delinquent charges imposed by C.V.B.**

( ) REVIEW/ Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Courtroom _____  
( ) Compliance HEARING: _____ at _____ a.m. / p.m. in Courtroom _____  
( ) RESTITUTION / VICTIM information  to the National Park Service for the cost of medical attention.  
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____  
to be completed by _____ with Proof mailed to the Clerk Of Court.  
( ) TRAFFIC SCHOOL by _____ with Proof mailed to _____  
(✓) PROBATION to be unsupervised / supervised for: Unsupervised Probation for 12 months Terms and conditions: Obey all laws, attend DUI First Offenders Program. Pay restitution as ordered. Report any new law violation.

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU  
PO Box 71363  
Philadelphia, PA  19176-1363  
1-800-827-2982

☐ CLERK U.S.D.C.  
501 "I" St., #4-200  
Sacramento, CA  95814

✓ CLERK U.S.D.C  
2500 Tulare St., Rm 1501  
Fresno, CA  93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 09/24/2013          /s/ Laurie C. Yu  
                           U.S. MAGISTRATE JUDGE